SO ORDERED.

Dated: July 5, 2023



*Madeleine C. Wanslee*

**Madeleine C. Wanslee, Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter: 7 |
| | ) | |
| | ) | Case No. 2:23-bk-00850-MCW |
| REBECCA J WILLIAMS, | ) | |
| | ) | |
| | ) | STIPULATED ORDER RE: MOTION TO |
| | ) | REDEEM PERSONAL PROPERTY AND |
| | ) | APPROVAL OF ASSOCIATED |
| | ) | FINANCING AND ATTORNEY FEES |
| Debtor. | ) | UNDER 11 U.S.C. 722 |

Now Comes, REBECCA J WILLIAMS, (hereinafter "Debtor"), by counsel, and Toyota Motor Credit Corporation (hereinafter "Creditor"), by counsel, and submit a Stipulated Order resolving Debtor's Motion for Redemption of Personal Property under 11 U.S.C. 722. In Support of the Stipulated Order, the parties herein agree as follows:

1. On May 9, 2023 Debtor filed a Motion to Redeem Personal Property under 11 U.S.C. 722.

2. The item to be redeemed is tangible personal property intended primarily for personal, family or household use, and is more particularly described as a 2019 Dodge Charger.

3. Debtor and Creditor have been in continuing negotiations and now agree that the appropriate redemption value should be $21,237.00.

4. This Stipulated Order resolves the Debtor's Motion for Redemption of Personal Property and Approval of Associated Financing and Attorney Fees under 11 U.S.C. 722.

5. Failure by the Debtor to pay the redemption value of $21,237.00 to the Creditor within thirty (30) days of the date of entry of this Order, shall constitute a default, and the stay imposed by Section 362 of the Bankruptcy Code with respect to the Creditor will automatically lift without further court order or notice, for the purpose of the Creditor pursuing its state court remedies on its collateral.

6. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accordance with the Debtor's instructions.

WHEREFORE, Debtor and Creditor request an Order allowing Debtor to Redeem the subject property by paying to the Creditor the redemption amount of $21,237.00 on or before the 30th day following entry of the Order.

Respectfully submitted,

/s/ _____
Thomas McAvity
Attorney For Debtor

/s/ _____
Leonard J. McDonald
Attorney for Toyota Motor Credit Corporation